**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CECILY M. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-0401 (RC/GMH) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL

The parties in the above-captioned civil action, Cecily M. Morgan (hereinafter "Plaintiff" or "Ms. Morgan") and Washington Metropolitan Area Transit Authority (hereinafter "Defendant" or "WMATA"), hereby enter into this Settlement Agreement and Stipulation of Dismissal (hereinafter "Agreement and Stipulation") in order to final resolve any and all issues of compensatory damages and equitable remedies to be provided to Plaintiff as a consequence of the trial jury verdict in Plaintiff's favor and against Defendant delivered on the November 30, 2017, and hereby agree and stipulate as follows:

1. Not later than 60 days from the date of the execution of this Agreement and Stipulation, Defendant shall deliver to Plaintiff the gross sum of $750,000.00 in full and final settlement of all claims that Plaintiff may have against Defendant as a consequence of the instant civil action and the above-referenced November 30, 2017 jury verdict.

2. Defendant shall deliver to Plaintiff the gross sum of $750,000.00 – composed of $300,000.00 in compensatory damages, $100,000.00 in gross back pay, and $350,000.00 in reasonable attorneys' fees and related expenses and costs – as follows:

    A.    One check made payable jointly to the order of "Cecity M. Morgan and Swick & Shapiro, P.C." in the precise amount of $650,000.00 shall be delivered to Plaintiff's attorney, David H. Shapiro, at Swick & Shapiro, P.C., 1101 15th Street, N.W., Washington, D.C., 20005;

    B.    A payroll check for gross back pay due payable to the order of "Cecily M. Morgan" in the gross amount of $100,000.00 *less* required withholding for any federal, state and local taxes, including for the employees Social Security tax shall be delivered to Plaintiff's attorney, David H. Shapiro, at Swick & Shapiro, P.C., 1101 15th Street, N.W., Washington, D.C., 20005.

3.    With regard to the payment described in paragraph no. 2A hereof, Plaintiff and her attorneys hereby acknowledge and warrant that they are and shall be solely responsible for any and all federal state and local income tax liabilities that may result from this payment, and hereby warrant that Defendant shall bear no responsibility for any such tax liabilities resulting from this payment.

4.    Plaintiff hereby fully and completely releases Defendant, as well as its parent, subsidiaries, and affiliated companies, all its past and present officers, directors, employees, agents, and assigns (collectively "Releasees"), from any and all claims, whether known or unknown, that Plaintiff has against the Releasees, or any of them, that arise from or relate to any and all acts, events and omissions occurring on or before the date Plaintiff signed the Term Sheet, that is, January 19, 2018, *provided, however*, that nothing in this release shall apply to any claim for the enforcement of this Agreement and Stipulation or any of its terms.

5.    Within 30 days of the filing of this Agreement and Stipulation with the Court, Defendant shall void *ab initio*, the termination of Plaintiff effected on or about December 17, 2013, destroying

all copies and other evidence thereof contained in its records, and replace it in Defendant's records with a voluntary resignation by Plaintiff effective September 28, 2014.

6. Defendant shall provide a neutral reference regarding Plaintiff to any prospective employer, which neutral reference will state only (a) the dates Plaintiff was employed by WMATA, (b) Plaintiff's job title while employed by WMATA, and if requested (c) Plaintiff's final annual salary while employed by WMATA; for her part, Plaintiff shall direct such inquiries by perspective employers to WMATA's Chief of Human Resources.

7. Upon execution of this Settlement and Stipulation by the parties hereto, and the signing of it as approved and so ordered by the United States District Judge, the above-captioned civil action shall be dismissed with prejudice, judgment having been entered; and Plaintiff hereby acknowledges and affirms that she has no other claims, lawsuits or administrative complaints pending against Defendant.

WHEREFORE, the parties hereto do hereby execute this Settlement and Stipulation directly and through their respective counsel of record by affixing their signature son the dates indicted:

For Plaintiff:

Cecily M. Morgan    Date
Plaintiff

David H. Shapiro    Date
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1101 Fifteenth Street, N.W., Suite 205
Washington, DC 20005
Tel. (202) 842-0300
Email - dhshapiro@swickandshapiro.com
Attorney for Plaintiff

For Defendant:

Michael Kelly Guss    Date
D.C. Bar No. 465171
Senior Counsel
WMATA
600 Fifth Street, N.W.
Washington, DC 20001
Tel. (202) 962-1468
Email - mkguss@wmata.com

\*          \*          \*

APPROVED AND SO ORDERED BY THIS COURT THIS 22nd DAY OF JANUARY 2018.

_____
UNITED STATES DISTRICT JUDGE

-4-